## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| MESA DIGITAL, LLC | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION No. 6:22-cv-00574-ADA |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant*. | § | |

### NOTICE REGARDING UNOPPOSED REQUEST TO CHANGE DEADLINE FOR DEFENDANT GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendant Google LLC requests a 45-day extension of time for Google to answer or otherwise respond to Plaintiff's Original Complaint to and including Friday, August 12, 2022.  Counsel for Google conferred with counsel for Plaintiff Mesa Digital, LLC and this request is unopposed.

Defendant Google LLC certifies that this extended deadline does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated:  June 27, 2022.               Respectfully submitted,

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant Google LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 27, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz