## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| MESA DIGITAL, LLC, § § *Plaintiff*, § v. § § GOOGLE LLC, § § *Defendant*. § | CIVIL ACTION No. 6:22-cv-00574-ADA JURY TRIAL DEMANDED |

## NOTICE REGARDING AGREED REQUEST TO CHANGE DEADLINE FOR DEFENDANT GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff Mesa Digital, LLC and Defendant Google LLC have agreed to an additional extension of time for Google to answer or otherwise respond to Plaintiff's Original Complaint to and including Friday, November 11, 2022. The reason for the additional, agreed extension is to allow the parties to continue their discussions about possible ways to resolve this dispute.

The parties certify that this extended deadline is agreed upon, does not change the date of any hearing, trial, or other Court date, and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: September 12, 2022

Respectfully submitted,

/s/ Paige Arnette Amstutz
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant Google LLC*


/s/ William P. Ramey, III
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Boulevard, Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Facsimile: (832) 900-4941
wramey@rameyfirm.com

*Attorneys for Plaintiff Mesa Digital, LLC*


## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 12, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Paige Arnette Amstutz
Paige Arnette Amstutz