**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **MESA DIGITAL, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 6:22-cv-00574-ADA** |
| **v.** | ) | |
| | ) | |
| **GOOGLE, LLC,** | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i)(b), the Plaintiff, Mesa Digital, LLC stipulates to the dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment.  The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent.  Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  October 7, 2022

                                                    Respectfully submitted,

                                                    */s/ William P. Ramey, III*
                                                    William P. Ramey, III
                                                    Texas Bar No. 24027643
                                                    **Ramey LLP**
                                                    5020 Montrose Blvd., Suite 800
                                                    Houston, Texas 77006
                                                    (713) 426-3923
                                                    wramey@rameyfirm.com

                                                    *Attorneys for Mesa Digital, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that October 7, 2022, the foregoing document was served

on all counsel of record who have consented to electronic service via the Court's CM/ECF system

per Local Rule CV-5(a)(3).

/s/William P. Ramey, III
William P. Ramey, III